IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, as subrogee of Renk Seed Company;<br><br>Plaintiff,<br><br>vs.<br><br>ARMSTRONG GP, and ARMSTRONG REGENERATIVE AG, LLC,<br><br>Defendants. | 4:24CV3075<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Notice of Dismissal for Claims Against Defendant Armstrong Regenerative Ag, LLC (Filing No. 7),

**IT IS ORDERED** that Plaintiff's claims against Defendant Armstrong Regenerative Ag, LLC are dismissed without prejudice.

Dated this 29th day of July, 2024.

BY THE COURT:

Susan M. Bazis
United States District Judge